UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1661, Inc. d/b/a GOAT,

          Plaintiff/Opposer,

-against-

Goatpix LLC,

          Defendant/Applicant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2025
```

23 Misc. 444 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: February 5, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge